UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| WARBY PARKER INC.<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                    Defendant. | **SUMMONS**<br><br>Court No. 1:23-cv-42 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Ontario, California (UPS) | Center (if known): | Consumer Products & Mass Merchandising |
|---|---|---|---|
| Protest Number: | 279521100862 | Date Protest Filed: | 02/24/2021 |
| Importer: | WARBY PARKER INC. | Date Protest Denied: | 10/20/22 |
| Category of Merchandise: | Spectacle frames and lenses | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Schedule | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Michael T. Cone, Esq.
Cone Trade Law, PLLC
251 W.92nd
New York, NY  10025
(212) 655-5471    enterprise@conetradelaw.com
Attorneys for Warby Parker Inc.

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Spectacle frames and lenses | 9004.90.0000<br>9903.88.15 | 2.5%<br>15% | 9001.50.0000<br>9003.11.00<br>9003.19.00 | 2.0%<br>2.5%<br>Duty free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Whether imported frames and lenses were improperly classified as eyewear; whether Section 301 tariffs should apply to imported frames.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

February 21, 2023
_____
Date