# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| WARBY PARKER INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Court No.: 1:23-cv-00042 |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Plaintiff's unopposed motion to vacate the Order of Dismissal for lack of prosecution dated September 3, 2025, restore the action to the Customs Case Management Calendar ("Calendar"), and extend the time for the restored action to remain on the Calendar for an additional six (6) months, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that the Order of Dismissal dated September 3, 2025 is hereby vacated; and it is further

**ORDERED** that the action is restored to the Calendar for an additional six (6) months through February 28, 2026.

/s/ Timothy M. Reif
Judge

Dated: New York, NY
September 9, 2025